**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal Action No. 14-mj-2034** |
| | ) | **Magistrate Judge Knowles** |
| **RAVEN BEAVERS** | ) | |

## O R D E R

The Bond Review Hearing previously set for December 8, 2014, at 10:00 a.m. is hereby

rescheduled for **January 22, 2015, at 10:00 a.m.** before the undersigned.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge